# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

*Filed Electronically*

| | | |
|---|---|---|
| **PENN-STAR INSURANCE COMPANY** | : | Case No. |
| Three Bala Plaza East, Suite 300 | | |
| Bala Cynwyd, PA 19004 | : | Judge |
| Plaintiff | : | |
| v. | : | |
| **ARAL, INC. d/b/a THE BRASS BULL** | : | |
| Serve: Armina Lee | | |
| 624 Linden Avenue | : | |
| Newport, KY 41071 | | |
| | : | |
| And | | |
| | : | |
| **ARMINA LEE** | | |
| 624 Linden Avenue | : | |
| Newport, KY 41071 | | |
| | : | |
| And | | |
| | : | |
| **ROGER PETERSON** | | **COMPLAINT FOR** |
| 646 Linden Avenue | | **DECLARATORY JUDGMENT** |
| Newport, KY 41071 | : | |
| | : | |
| And | | |
| | : | |
| **LORI RICHTER, AS ADMINISTRATRIX** | | |
| **OF THE ESTATE OF** | : | |
| **JOSEPH RICHTER JR.** | | |
| 6303 Cliffside Drive | : | |
| Florence, KY 41042 | | |
| | : | |
| Defendants | | |

COMES NOW Plaintiff Penn-Star Insurance Company ("Penn-Star"), by and through its undersigned counsel, and, for its Complaint for Declaratory Judgment against Defendants Aral, Inc. dba The Brass Bull, Armina Lee, Roger Peterson, and Lori Richter, as Administratrix of the Estate of Joseph Richter Jr., states as follows:

1. This is an action for declaratory judgment, brought pursuant to 28 USC § 2201 and FRCP 57, for the purpose of determining questions of actual controversy between the parties concerning a commercial general liability insurance policy (Policy No. PVA0361998) (the "Policy") issued by Penn-Star to Aral, Inc. dba The Brass Bull with a stated Policy Period from July 30, 2022 to July 30, 2023. A true and accurate copy of the Policy is attached hereto as Exhibit A.

2. Aral, Inc. dba The Brass Bull, Armina Lee, and Roger Peterson are Defendants in Case No. 23-CI-00984 currently pending in the Campbell County, Kentucky Circuit Court (the "Underlying Lawsuit"). A true and accurate copy of the Complaint filed by Lori Richter, as Administratrix of the Estate of Joseph Richter Jr., in the Underlying Lawsuit is attached hereto as Exhibit B. The Underlying Lawsuit arises out of an incident at The Brass Bull on December 3, 2022 wherein non-party Robert McKay shot and killed Joseph Richter Jr.

3. Penn-Star is currently defending Aral, Inc. dba The Brass Bull, Armina Lee, and Roger Peterson against the Underlying Lawsuit pursuant to a complete reservation of rights. A copy of the reservation of rights letter dated November 21, 2023 is attached hereto as Exhibit C.[1]

---

[1] The policy number in the heading of the letter refers to a previous policy instead of the policy in effect as of December 3, 2022.

4. This Court has jurisdiction pursuant to 28 USC § 1332, as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States:

a. Penn-Star's potential liability under the Policy as a result of the Underlying Lawsuit is $1 million (the Policy's indemnification limits) plus the cost of defense. E.g., CSAA Gen. Ins. Co. v. Bailey, No. 5:20-CV-158-REW-MAS, 2021 U.S. Dist. LEXIS 19554 (E.D. Ky. Feb. 2, 2021) and Grange Mut. Cas. Co. v. Safeco Ins. Co. of Am., 565 F. Supp. 2d 779 (E.D. Ky. 2008).

b. Penn-Star is a citizen of Pennsylvania, its state of incorporation and the state in which its headquarters / principal place of business is located;

c. Aral, Inc. dba The Brass Bull is a citizen of Kentucky, its state of incorporation and the state in which its headquarters / principal place of business is located; and

d. Armina Lee, Roger Peterson, and Lori Richter, as Administratrix of the Estate of Joseph Richter Jr., are all citizens of Kentucky, the state in which their principal place of residence is located.

5. Venue is proper in this Court, as the Policy was issued to Aral, Inc. dba The Brass Bull in Campbell County, Kentucky, and the Underlying Lawsuit arises out of conduct that occurred in Campbell County, Kentucky.

6. Penn-Star expressly incorporates by reference herein all Policy defenses potentially available to it under applicable law, including, but not limited to, those based on the following Policy provisions:

a. the Assault or Battery exclusion;

      b.      the Firearms and Other Weapons exclusion;

      c.      the endorsement titled:  Exclusion – Injury to Employees, Workers or Contracted Persons of Insureds or Contracted Organizations;

      d.      the workers' compensation exclusion;

      e.      the punitive damages exclusion; and

      f.      Mr. Richter's bodily injury was not caused by an "occurrence" as defined in the policy.

7.      Additional defenses may be disclosed during the course of discovery, and Penn-Star reserves the right to assert any and all defenses available to it under the Policy and applicable law.

8.      As a result of the above-detailed defenses, Penn-Star owes no duty to Aral, Inc. dba The Brass Bull, Armina Lee, or Roger Peterson to defend against the Underlying Lawsuit or indemnify any judgment entered in the Underlying Lawsuit.

9.      As a result of the foregoing, an actual controversy exists between Penn-Star and Aral, Inc. dba The Brass Bull, Armina Lee, Roger Peterson, and Lori Richter, as Administratrix of the Estate of Joseph Richter Jr., concerning the rights, duties, and other legal relations arising under the Policy, and this controversy is properly resolved by this Court.

WHEREFORE, Penn-Star respectfully requests, prays for, and demands:

A.      a judgment declaring Penn-Star owes no duty to defend Aral, Inc. dba The Brass Bull, Armina Lee, or Roger Peterson against the Underlying Lawsuit;

B.      a judgment declaring Penn-Star owes no duty to indemnify Aral, Inc. dba The Brass Bull, Armina Lee, or Roger Peterson for any judgment entered against any of them in the Underlying Lawsuit; and

    C.       that Penn-Star be given any and all other relief to which it may be entitled.

Respectfully submitted,

*/s/ James P. Nolan, II*_____
[x] Hon. James P. Nolan, II    (91301)
[ ] Hon. Matthew F.X. Craven (94300)
    Rolfes Henry Co., LPA
    18 W. 9th Street
    Cincinnati, Ohio 45202
    T:  (513) 579-0080
    F:  (513) 579-0222
    jnolan@rolfeshenry.com
    mcraven@rolfeshenry.com
    *Attorneys for Plaintiff Penn-Star*