UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, ) ) ) | |
| ) | Civil Action No. 2: 23-166-DCR |
| Plaintiff, ) ) | |
| V. ) ) | |
| ) | **JUDGMENT** |
| ARAL, INC. d/b/a THE BRASS BULL, ) et al., ) ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff Penn-Star Insurance Company with respect to all issues raised in this action.

2. This action is **DISMISSED** and **STRICKEN** from the docket.

3. This is a **FINAL** and **APPEALABLE** judgment and there is no just cause for delay.

Dated: July 15, 2024.

*[Signature]*
Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky